# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **NATALIE HUGHES,** | ] |
| **Plaintiff,** | ] |
| v. | ]   Case No.: 2:24-cv-1454-ACA |
| **SOCIAL SECURITY ADMINISTRATION, COMMISSIONER,** | ] |
| **Defendant.** | ] |

## MEMORANDUM OPINION AND ORDER

Defendant Commissioner of the Social Security Administration moves for entry of judgment under sentence four of 42 U.S.C. § 405(g) with reversal and remand of the case for additional administrative proceedings. (Doc. 9). The Commissioner seeks remand to instruct the agency to: (1) provide Plaintiff Natalie Hughes with the opportunity for a supplemental hearing, and (2) issue a new decision. (*Id.* at 1).

Under sentence four, the court has the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The court finds that the Commissioner has provided

valid, undisputed reasons why a sentence four remand is appropriate. Accordingly, the court **GRANTS** the Commissioner's motion. (Doc. 9).

The court will enter a separate final judgment reversing the Commissioner's final decision and remanding the action to the Commissioner for further proceedings consistent with this order pursuant to sentence four of 42 U.S.C. § 405(g). *See Shalala v. Schaefer*, 509 U.S. 292, 297 (1993) ("Immediate entry of judgment (as opposed to entry of judgment after postremand agency proceedings have been completed and their results filed with the court) is in fact the principal feature that distinguishes a sentence-four remand from a sentence-six remand.").

**DONE** and **ORDERED** this March 5, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE